THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY. W. GRACE, Appellant.

(Argued June 9, 1913; decided June 20, 1913.)

APPEAL from a judgment of the Supreme Court, rendered December 10, 1912, at a Trial Term for the county

of Orange upon a verdict convicting the defendant of the crime of murder in the first degree.

*Wilton Bennet* for appellant.

*J. D. Wilson, Jr., District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ. Absent: WERNER, J.